AO 91 (Rev. 11/82)

# CRIMINAL COMPLAINT

ORIGINAL

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JORGE ALBERTO ROMO GOMEZ<br>aka "George Alberto Romo" | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>18MJ 00278 |

FILED
CLERK, U.S. DISTRICT COURT
FEB - 6 2018
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Complaint for violation of Title 8, United States Code, Sections 1326(a), (b)(2): Illegal Alien Found in the United States Following Deportation

| NAME OF MAGISTRATE JUDGE | | LOCATION |
|---|---|---|
| HONORABLE | UNITED STATES MAGISTRATE JUDGE | Los Angeles, California |

| DATE OF OFFENSE | PLACE OF OFFENSE | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|
| January 24, 2018 | Los Angeles County | |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about January 24, 2018, defendant JORGE ALBERTO ROMO GOMEZ, also known as "George Alberto Romo" ("ROMO"), an alien, who had been officially deported and removed from the United States on or about September 13, 2013, was found in Los Angeles County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or the Secretary for Homeland Security, to reapply for admission to the United States following deportation and removal.

Defendant's previously alleged deportation and removal from the United States occurred subsequent to defendant's conviction for one or more of the following aggravated felonies:

1. Second Degree Murder, in violation of California Penal Code, Section 187(a), on or about January 30, 1996, in the Superior Court of the State of California, County of Los Angeles, Case Number BA092838-01; and

2. Assault with a Machine Gun, in violation of California Penal Code, Section 245(a)(3), on or about January 30, 1996, in the Superior Court of the State of California, County of Los Angeles, Case Number BA092838-01, a crime of violence for which the term of imprisonment imposed was at least one year.

LODGED
2018 FEB -6 PM 2:02
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>**MINERVA BOLIVAR**<br>OFFICIAL TITLE<br>Deportation Officer, ICE |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE |
|---|---|
| | February 6, 2018 |

[1] See Federal Rules of Criminal Procedure 3 and 54

SAUSA Stacey R. Fernandeze x3152 REC: Detention

# AFFIDAVIT

I, Minerva Bolivar, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against and arrest warrant for JORGE ALBERTO ROMO GOMEZ, also known as "George Alberto Romo" ("ROMO"), for a violation of Title 8, United States Code, Sections 1326(a), (b)(2), Illegal Alien Found in the United States Following Deportation.

## II. INTRODUCTION

2. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since June 2009. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field office.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. STATEMENT OF PROBABLE CAUSE

4. On January 22, 2018, Supervisory Detention and Deportation Officer Art Cortez told me that he learned from ICE headquarters that ROMO was believed to be present in the United States and possibly living at 1932 Layton Avenue in Los Angeles, California. Based on this notification, I undertook the present investigation of ROMO.

5. Based on my training and experience, I know that an Alien Registration File ("A-File") is a file in which immigration records are maintained for aliens admitted to or found in the United States. I also know that an A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other enforcement actions made by DHS or INS, with respect to the subject alien for whom the A-File is maintained.

6. On or about January 24, 2018, ICE ERO Fugitive Operations Team 18 ("Team 18") conducted surveillance at 1932 Layton Avenue in Los Angeles, California. Team 18 saw an individual and, based on their review of photographs and a description of ROMO, determined that the individual was ROMO.

7. On January 25, 2018, I obtained and reviewed A-File A092 388 432, which is maintained for the subject alien "JORGE A. ROMO GOMEZ." The A-File contained the following documents and information:

a. Photographs of the subject alien to whom DHS A-File A092-388-432 corresponds.

b. One executed Warrant of Removal/Deportation ("Form I-205"), indicating that ROMO was officially removed from the United States on September 13, 2013. I know from my training and experience that a Warrant of Removal/Deportation is executed each time a subject alien is removed and excluded from the United States by ICE or INS and usually contains the subject's photograph, signature, and fingerprint. The executed Warrant of Removal/Deportation in ROMO's A-File contains his photograph, signature, and fingerprint.

c. A certified conviction record showing that ROMO was convicted on January 30, 1996, of Second Degree Murder, in violation of California Penal Code, Section 187(a), in the Superior Court of the State of California, County of Los Angeles, Case Number BA092838-01, for which ROMO was sentenced to 20 years' imprisonment.

d. A certified conviction record showing that ROMO was convicted on January 30, 1996, of Assault with a Machine Gun, in violation of California Penal Code, Section 245(a)(3), in the Superior Court of the State of California, County of Los Angeles, Case Number BA092838-01, for which ROMO was sentenced to 13 years' imprisonment.

e. Various documents, in addition to the Warrant of Removal/Deportation, indicating that VASQUEZ is a native and citizen of Mexico. These documents include: (i) an Order of the Immigration Judge, dated August 29, 2013, ordering ROMO removed to Mexico; and (ii) one Record of Deportable/Inadmissible Alien ("Form I-213") dated April 11, 2003, indicating that ROMO

admitted to an Immigration Enforcement Agent that he is a national and citizen of Mexico.

8. On January 22, 2018, I reviewed the printouts of the Criminal Identification Index ("CII"). Based on my training and experience, I know that the CII database tracks and records arrests and convictions of individuals according to an individual's CII number. The CII printouts confirmed that ROMO had been convicted of the crime reflected on the documents contained in ROMO's DHS A-File.

9. On January 22, 2018, I reviewed the printouts of ICE computer indices on ROMO. Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported or excluded from the United States by ICE, was deported or excluded by the former INS, or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that ROMO had been removed, deported, and/or excluded on the date indicated on the Warrant of Removal/Deportation found in ROMO's DHS A-File. The ICE computer indices further indicated that ROMO had not applied for or obtained permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States.

10. Based on my review of ROMO's DHS A-File, I determined that it does not contain any record of him ever applying for, or receiving permission from, the Attorney General or the Secretary of Homeland Security, to re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after

deportation, and that if such documentation existed, it would ordinarily be found in ROMO's A-File.

## IV. CONCLUSION

11. For all the reasons described above, there is probable cause to believe that ROMO has committed a violation of Title 8, United States Code, Sections 1326(a) and (b)(2), Illegal Alien Found in the United States Following Deportation.

Minerva Bolivar, Deportation Officer
United States Immigration and Customs Enforcement

Subscribed to and sworn before me this 6th day of February, 2018.

HONORABLE
UNITED STATES MAGISTRATE JUDGE